942

No. 10–10398. ODOM v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 10–10409. ARMSTRONG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–10562. FLETCHER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10592. HOLMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10599. MCKAY, AKA MCKAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–10825. STABILE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10881. ADAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10899. PANKEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–11089. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11179. NOBLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–11280. GORE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–11. SPICOLA v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 11–16. REALCOMP II, LTD. v. FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari denied.